■ CARLOS T. SOTO, an Infant, by His Mother and Natural Guardian, MARGARET SOTO, et al., Respondents, v ANRON ENTERPRISES et al., Defendants, and, VICTORY SANITATION, LTD., et al., Appellants. [740 NYS2d 618] —Order, Supreme Court, Bronx County (Luis Gonzalez, J.), entered June 5, 2001, which, inter alia, denied defendants-appellants' motion for summary judgment dismissing the complaint as against them, unanimously affirmed, without costs.

Inasmuch as there was evidence before the court sufficient to raise a triable issue as to whether appellants created or caused the alleged hazard, and to support the inference that the alleged hazard, situated upon a public sidewalk, posed a foreseeable risk to pedestrians such as the infant plaintiff, appellants' motion for summary judgment was properly denied. "When one undertakes work in a public highway which, unless carefully done, will create conditions which are dangerous to members of the public using the highway, in the usual and ordinary manner, he is under a duty to use requisite care" (Boylhart v DiMarco & Reimann, 270 NY 217, 221). Concur—Mazzarelli, J.P., Sullivan, Wallach and Lerner, JJ.